CHARLES HARWARD *et al.*

*v.*

THE STATE OF ILLINOIS.

APPEAL from the Circuit Court of Madison county; the Hon. JOSEPH GILLESPIE, Judge, presiding.

This case was brought to this court upon an agreed state of facts, involving the same questions as the preceding case.

Messrs. PALMER & HAY and Mr. A. W. METCALF, for the appellants.

Mr. LEVI DAVIS and Mr. H. W. BILLINGS, for the appellee.

Mr. JUSTICE LAWRENCE: This case is, in its essential features, like the preceding case of *Harward* v. *The St. Clair and Monroe Levee and Drainage Company*, decided at the present term, and the opinion in that case will apply to the legal questions presented in this. There should have been no judgment for the taxes.

*Judgment reversed.*